AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

| | |
|---|---|
| CLEVER CARRE LLC<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>INVESTXOL CORP. d/b/a BRIGHTON PRIME<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  24-cv-24077-RAR<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   INVESTXOL CORP. d/b/a BRIGHTON PRIME
Registered Agent, Freddy Hernandez
20900 NE 30th Avenue
#200
Aventura, Florida  33180-2162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James S. Toscano, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Orlando, Florida 32801
james.toscano@lowndes-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:        10/22/2024
        _____

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court